# MEMO ENDORSED

## Rickner PLLC

Stephanie Panousieris | stephanie@ricknerpllc.com

Application granted.  The settlement conference previously scheduled for August 22, 2024 is adjourned *sine die* pending Plaintiff's appointment with a neurologist.  The parties are directed jointly to inform the Court by September 6, 2024 as to three mutually agreeable dates for a future settlement conference.  The Clerk of Court is respectfully directed to close Docket Number 25.  SO ORDERED.

Gary Stein
**Gary Stein**
**United States Magistate Judge**
**Southern District of New York**

August 16, 2024
New York, New York

August 15, 2024

**Via ECF**
Hon. Gary Stein
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:    *Ramos v. City of New York, et. al.*, Case No. 23 cv 02464

Judge Stein,

My office represents Plaintiff David Ramos in the above-referenced matter and writes to respectfully request an adjournment of the August 22, 2024 settlement conference pending Plaintiff's medical evaluation by a neurologist.

During his incarceration, Mr. Ramos experienced continuing pain and numbness in his hand and wrist from the injury at issue in this litigation, but was denied a specialists' evaluation by the New York State Department of Correction and Community Supervision. Mr. Ramos was recently released from custody and has now made an appointment with a neurologist to determine the presence or extent of any residual or permanent injury to his wrist and hand. For this reason, Plaintiff is not yet prepared to enter settlement discussions until his counsel is able to review the results of this evaluation, which may have a significant impact on Plaintiff's demand.

While our office attempted to obtain Defendants' consent for this adjournment, Mr. Viviano is out of the office until next week and is unavailable to provide Defendants' position. However, the parties previously conferred on this issue, and Mr. Viviano is aware that Plaintiff's counsel intended to review the specialist's findings prior to making an opening demand. We have now confirmed with Mr. Ramos that the appointment will not take place until September, necessitating adjournment of the August 22 settlement conference.

Given that the parties' *ex parte* settlement submissions are due today, August 15, we approach the Court unilaterally with this request to adjourn. Should the motion be granted, the parties can jointly approach the court with alternative dates for a future settlement conference after Mr. Viviano has returned from his vacation.

We thank the Court for its time and consideration of this request.

Respectfully Submitted,

Stephanie Panousieris
*Attorney for Plaintiff*