# Rickner PLLC

Stephanie Panousieris | stephanie@ricknerpllc.com

November 6, 2024

**MEMO ENDORSED**

**Via ECF**
Hon. Gary Stein
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

   Re: *Ramos v. City of New York, et. al.*, Case No. 23 cv 02464

Judge Stein,

My office represents Plaintiff David Ramos in the above-referenced matter and writes to respectfully request an adjournment of the November 14, 2024 settlement conference pending further assessment of Plaintiff's injuries by his medical providers. This is the parties' second joint request to adjourn the settlement conference.

As discussed in the parties' first joint motion to adjourn the settlement conference (Doc. 25), after his release from state custody, Mr. Ramos sought assessment and treatment of the injuries he sustained in the incident at issue in this litigation. At this time, Plaintiff has consulted with a neurologist, dentist, and periodontist, and has been informed that he likely requires surgery to address bone loss and tooth decay in the area where his "flipper" tooth was knocked out during the use of force. His next appointment with the periodontist is scheduled for November 12, 2024, at which point we will have additional information concerning next steps in his treatment.

For this reason, the parties respectfully request a brief adjournment of the conference so the parties can evaluate their settlement positions with the benefit of this medical assessment, which may confirm the need for corrective surgery. The adjournment will also allow time for Plaintiff to make an opening demand reflecting the current state of his injuries and any necessary future treatment with sufficient time for the City to counter that demand prior to the conference.

The parties are available on any of the following dates next month for an adjourned conference with Your Honor: 12/12; 12/13; 12/18, 12/19, or 12/23.

We thank the Court for its time and consideration of this request.

Respectfully Submitted,

Application granted. The settlement conference scheduled for November 14, 2024 at 10:00 a.m. is hereby adjourned to December 18, 2024 at 10:00 a.m.

Stephanie Panousieris
*Attorney for Plaintiff*

Date: 11/8/2024
   New York, NY

**SO ORDERED:**

HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE