**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
DAVID RAMOS,

                      Plaintiff,                  **23 Civ. No. 2464 (LAK) (GS)**

        -against-                              **VIDEO CONFERENCE**
                                                               **SCHEDULING ORDER**

CITY OF NEW YORK, *et al.*,

                      Defendants.
-------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Conference on **Thursday, April 24, 2025 at 3:00 p.m.**, to discuss the discovery dispute raised in Plaintiff's April 14, 2025 letter motion. (Dkt. No. 42). Defendants are reminded that pursuant to the undersigned's individual practice rules, available at https://nysd.uscourts.gov/hon-gary-stein, any responsive letter should be submitted within three business days following the submission of a letter motion.

      The parties are directed to join the conference via Microsoft teams at the scheduled time using the following link: **Click here to join the meeting.**. **[Meeting ID: 220 535 815 121 9]** **[Passcode: ed7UH2Qi]**

      **SO ORDERED.**

DATED:    New York, New York
               April 16, 2025

                                                                        The Honorable Gary Stein
                                                                        United States Magistrate Judge