UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID RAMOS,

                Plaintiff,

-against-

THE CITY OF NEW YORK; CO
CHUWKU OKOGERI; CO RICHARD
CUMBERBATCH; CO DOMINIQUE
DIDIER; CPT. LUCIE DOLISCAR,

                Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-13-25

**ORDER OF JUDGMENT**

Case No.: 1:23-cv-2464-LAK-GS

**WHEREAS,** pursuant to Fed. R. Civ. P. 68(a), Plaintiff David Ramos ("Plaintiff") accepted an Offer of Judgment ("Offer") served by Defendants City of New York, CO Richard Cumberbatch, CO Chuwku Okogeri, CO Dominique Didier, and Cpt. Lucie Doliscar, for the total sum of FIFTY THOUSAND ONE DOLLARS ($50,001.00), plus reasonable attorneys' fees, expenses, and costs, to the date of service of the Offer for Plaintiff's federal claims. This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of defendants or any official, employee, or agent, either past or present, of the City of New York, or any agency thereof, in connection with the facts and circumstances that are the subject of this action;

**WHEREAS,** the Offer is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by any of the Defendants named in the above-captioned action or any official, employee, or agent of the City of New York, or any agency thereof; nor is it an admission that plaintiff has suffered any damages;

**WHEREAS**, acceptance of the Offer will act to release and discharge Defendants; their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York, or any agency thereof, from any and all claims that were or could have been alleged by Plaintiff arising out of the facts and circumstances that are the subject of this action;

**WHEREAS**, acceptance of the Offer also will operate to waive Plaintiff's rights to any claim for interest on the amount of the judgment;

**WHEREAS**, Plaintiff agrees that payment of FIFTY THOUSAND ONE DOLLARS ($50,001.00) within ninety (90) days of the date of acceptance of the offer shall be a reasonable time for such payment, unless he received medical treatment in connection with the underlying claims in this case for which Medicare has provided, or will provide, payment in full or in part. If Plaintiff is a Medicare recipient who received medical treatment in connection with the claims in this case, the ninety (90) day period for payment shall start to run from the date Plaintiff submits to counsel for defendant a final demand letter from Medicare;

**ORDERED** that judgment be and is hereby entered in favor of the Plaintiff, David Ramos, and against the City of New York, in the amount of $50,001.00.

Dated: _____5/13_____, 2025
New York, New York

_____
Hon. Lewis A. Kaplan
United States District Judge